**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−70210−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Ralph H. Deal
2925 Somerset Pike
Johnstown, PA 15905

Kathy J. Deal
2925 Somerset Pike
Johnstown, PA 15905

Social Security No.:
xxx−xx−0279

xxx−xx−7091

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Telephone number:  814−536−7470

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 14, 2017
01:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
July 14, 2017
01:00 PM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/7/17

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ralph H. Deal
Kathy J. Deal
    Debtors

Case No. 17-70210-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 2     Date Rcvd: Jun 07, 2017
                Form ID: rsc13     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
```
db/jdb         +Ralph H. Deal,    Kathy J. Deal,    2925 Somerset Pike,    Johnstown, PA 15905-7000
14382765       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14382767      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
14382766       +Cambria Somerset Radiology,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
14382768       +Cap1/Boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14382769       +Cap1/Bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14382770       +Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14382771       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14382772       +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
14382773       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                 Johnstown, PA 15905-4305
14382774       +DLP, Conemaugh Phys Group,    1086 Franklin Street,    Johnstown, PA 15905-4305
14382776       +First Credit Resources, Inc.,    1466 Frankstown Road,    Johnstown, PA 15902-1315
14382777       +KML Law Group, P.C.,    Attn: Thomas I. Puleo, Esquire,    701 Market Street - Suite 5000,
                 Philadelphia, PA 19106-1541
14384275       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14382778       +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
14382779       +Stoneleigh Recovery Assocaites, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
14382782       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14409362       +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
14382783       +Usda Rural Development,    4300 Goodfellow Blvd,    Saint Louis, MO 63120-1703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2017 01:13:33      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14382764       +E-mail/Text: legal@arsnational.com Jun 08 2017 01:13:25      ARS National Services, Inc.,
                 P.O. Box 463023,    Escondido, CA 92046-3023
14382775       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 08 2017 01:13:15      First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14382780       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:05:44      Syncb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
14382781       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:05:32      Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 5
```

       \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
       Kenneth P. Seitz    on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com
       Kenneth P. Seitz    on behalf of Debtor Ralph H. Deal thedebterasers@aol.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-7          User: mgut              Page 2 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: rsc13          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 5