# In the United States Bankruptcy Court
## Western District of Pennsylvania

IN RE: Ralph H. Deal ) Chapter: 13
Kathy J. Deal ) Bankruptcy No: 17-70210
) Account No: XXXX6736
) **REQUEST FOR NOTICE**

     Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service

Date: 06/22/2017

/s/ Helen Moore

Helen Moore
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5412