# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 17-70210-JAD |
| Ralph H. Deal and : | |
| Kathy J. Deal, : | Chapter 13 |
| Debtors : | |
| : | |

## CERTIFICATE OF SERVICE OF
## AMENDED SCHEDULE B AND AMENDED SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of August, 2017, a true and exact copy of the Amended Schedule B and the Amended Schedule C dated August 14, 2017, along with copy of the Order dated August 15, 2017, on all the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: August 16, 2017 | _/s/Kenneth P. Seitz, Esquire_ |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |
| | Attorney for Debtors |

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 17-70210-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Apr 12 11:48:01 EDT 2017 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| ARS National Services, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | Cambria Somerset Radiology<br>239 Main Street<br>Suite 400<br>Johnstown, PA 15901-1640 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cap1/Boscv<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Cap1/Bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Conemaugh Emerg Phys Group<br>P.O. Box 644553<br>Pittsburgh, PA 15264-4553 |
| Conemaugh Memorial Medical Center<br>Attn: Patient Accounting<br>1086 Franklin Street<br>Johnstown, PA 15905-4305 | DLP, Conemaugh Phys Group<br>1086 Franklin Street<br>Johnstown, PA 15905-4305 | First Commonwealth Ban<br>601 Philadelphia St<br>Indiana, PA 15701-3952 |
| First Credit Resources, Inc.<br>1466 Frankstown Road<br>Johnstown, PA 15902-1315 | KML Law Group, P.C.<br>Attn: Thomas I. Puleo, Esquire<br>701 Market Street - Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Quality Asset Recovery<br>7 Foster Ave Ste 101<br>Gibbsboro, NJ 08026-1191 | Stoneleigh Recovery Assocaites, LLC<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Toyota Motor Credit Co<br>240 Gibraltar Rd Ste 260<br>Horsham, PA 19044-2387 | Usda Rural Development<br>4300 Goodfellow Blvd<br>Saint Louis, MO 63120-1703 |
| Kathy J. Deal<br>2925 Somerset Pike<br>Johnstown, PA 15905-7000 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ralph H. Deal<br>2925 Somerset Pike<br>Johnstown, PA 15905-7000 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28