**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ralph H. Deal<br>Kathy J. Deal<br>    Debtor(s) | BK. NO. 17-70210 JAD |
| Toyota Motor Credit Corporation<br>    Movant<br>  v.<br>Ralph H. Deal<br>Kathy J. Deal<br>    Respondent<br>  and<br>Ronda J. Winnecour,<br>    Additional Respondent | CHAPTER 13<br><br>Related to Docket # 43<br><br>**DEFAULT O/E JAD** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 5th day of June, 2018, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2006 TOYOTA RAV2/4, VIN: JTMBD33V366008041, in a commercially reasonable manner.

United States Bankruptcy Judge
Jeffery A. Deller

cc: See attached service list:

FILED
6/5/18 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Ralph H. Deal
2925 Somerset Pike
Johnstown, PA 15905

Kathy J. Deal
2925 Somerset Pike
Johnstown, PA 15905

Kenneth P. Seitz Esq.
P.O. Box 211
Ligonier, PA 15658

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ralph H. Deal  
Kathy J. Deal  
    Debtors

Case No. 17-70210-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: amaz     Page 1 of 1     Date Rcvd: Jun 05, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.  
db/jdb        +Ralph H. Deal,    Kathy J. Deal,    2925 Somerset Pike,    Johnstown, PA 15905-7000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Kenneth P. Seitz    on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com  
         Kenneth P. Seitz    on behalf of Debtor Ralph H. Deal thedebterasers@aol.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                               TOTAL: 5