## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **Case No. 17-70210-JAD** |
| **Ralph H. Deal and** | **:** | |
| **Kathy J. Deal,** | **:** | **Chapter 13** |
| **Debtors** | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED JUNE 14, 2018

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of July, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated July 17, 2018, the Amended Chapter 13 Plan dated July 17, 2018, along with a copy of the Order dated July 18, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>July 19, 2018</u>

Respectfully submitted,
<u>__/s/ Kenneth P. Seitz, Esquire_</u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____

*Parties served by the court electronically were not served by regular mail.

https://ncrs.uscourts.gov/query/cmecf/index.cgi

Label Matrix for local noticing
0315-7
Case 17-70210-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Wed Apr 12 11:48:01 EDT 2017

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3023

Bby/Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007-1032

Cambria Somerset Radiology
239 Main Street
Suite 400
Johnstown, PA 15901-1640

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cap1/Boscv
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Cap1/Bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

Conemaugh Emerg Phys Group
P.O. Box 644553
Pittsburgh, PA 15264-4553

Conemaugh Memorial Medical Center
Attn: Patient Accounting
1086 Franklin Street
Johnstown, PA 15905-4305

DLP, Conemaugh Phys Group
1086 Franklin Street
Johnstown, PA 15905-4305

First Commonwealth Ban
601 Philadelphia St
Indiana, PA 15701-3952

First Credit Resources, Inc.
1466 Frankstown Road
Johnstown, PA 15902-1315

KML Law Group, P.C.
Attn: Thomas I. Puleo, Esquire
701 Market Street - Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Quality Asset Recovery
7 Foster Ave Ste 101
Gibbsboro, NJ 08026-1191

Stoneleigh Recovery Assocaites, LLC
P.O. Box 1479
Lombard, IL 60148-8479

Syncb/Lowes
Po Box 965005
Orlando, FL 32896-5005

Syncb/Sams Club
Po Box 965005
Orlando, FL 32896-5005

Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044-2387

Usda Rural Development
4300 Goodfellow Blvd
Saint Louis, MO 63120-1703

Kathy J. Deal
2925 Somerset Pike
Johnstown, PA 15905-7000

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ralph H. Deal
2925 Somerset Pike
Johnstown, PA 15905-7000

Ronda J. Winnecour
Suite 3250, USX Tower
https://ncrs.uscourts.gov/query/cm...

April 12, 2017

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients        27
Bypassed recipients         1
Total                      28

April 12, 2017