Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ralph H. Deal** | : | Case No. 17−70210−JAD |
| **Kathy J. Deal** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #56 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 6th of January, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 17-70210-JAD
Ralph H. Deal                                                    Chapter 13
Kathy J. Deal
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-7           User: skoz                  Page 1 of 2                  Date Rcvd: Jan 06, 2020
                               Form ID: 309                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db/jdb         +Ralph H. Deal,    Kathy J. Deal,    2925 Somerset Pike,    Johnstown, PA 15905-7000
cr              Rural Housing Customer Service Center Usda,     P O Box 66879,    St. Louis, MO 63166-6879
14382765       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14382766       +Cambria Somerset Radiology,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
14382772       +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
14382773       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,     1086 Franklin Street,
                 Johnstown, PA 15905-4305
14382774       +DLP, Conemaugh Phys Group,    1086 Franklin Street,    Johnstown, PA 15905-4305
14382776       +First Credit Resources, Inc.,    1466 Frankstown Road,    Johnstown, PA 15902-1315
14382777       +KML Law Group, P.C.,    Attn: Thomas I. Puleo, Esquire,     701 Market Street - Suite 5000,
                 Philadelphia, PA 19106-1541
14382778       +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
14382779       +Stoneleigh Recovery Assocaites, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
14409362       +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
14382783       +Usda Rural Development,    4300 Goodfellow Blvd,    Saint Louis, MO 63120-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14382764       +EDI: ARSN.COM Jan 07 2020 07:43:00      ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
14382767        EDI: CAPITALONE.COM Jan 07 2020 07:43:00      Cap One,    Po Box 85520,   Richmond, VA 23285
14382768       +EDI: CAPITALONE.COM Jan 07 2020 07:43:00      Cap1/Boscv,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14382769       +EDI: CAPITALONE.COM Jan 07 2020 07:43:00      Cap1/Bstby,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
14382770       +EDI: CAPITALONE.COM Jan 07 2020 07:43:00      Capital One Bank, N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14648497       +EDI: BASSASSOC.COM Jan 07 2020 07:43:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
14673226       +E-mail/Text: bankruptcy@cavps.com Jan 07 2020 03:13:48      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14382771       +EDI: CITICORP.COM Jan 07 2020 07:43:00      Citi Cards,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14382775       +E-mail/Text: bankruptcynotice@fcbanking.com Jan 07 2020 03:13:24       First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14644097        EDI: PRA.COM Jan 07 2020 07:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14384275       +EDI: PRA.COM Jan 07 2020 07:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14382780       +EDI: RMSC.COM Jan 07 2020 07:43:00      Syncb/Lowes,    Po Box 965005,   Orlando, FL 32896-5005
14382781       +EDI: RMSC.COM Jan 07 2020 07:43:00      Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
14382782       +EDI: TFSR.COM Jan 07 2020 07:43:00      Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,
                 Horsham, PA 19044-2387
14924160        EDI: BL-TOYOTA.COM Jan 07 2020 07:43:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14645780        EDI: USDARHS.COM Jan 07 2020 07:43:00      USDA Rural Housing Service,    Customer Service Center,
                 P O BOX 66879,    St. Louis, MO 63166-6879
                                                                                               TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                  Signature:   /s/Joseph Speetjens

```
District/off: 0315-7          User: skoz              Page 2 of 2              Date Rcvd: Jan 06, 2020
                              Form ID: 309            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Ralph H. Deal thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```