**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 17-70210-JAD** |
| **Ralph H. Deal and** | : | |
| **Kathy J. Deal,** | : | **Chapter 13** |
|               Debtors | : | |
| | : | **Docket No.** |
| **Ralph H. Deal and** | : | |
| **Kathy J. Deal,** | : | **Related to Docket No. 60** |
|               Movants | : | |
| | : | |
|               vs. | : | |
| | : | |
| **ARS National Services, Inc.,** | : | |
| **Bby/Cbna,** | : | |
| **Cambria Somerset Radiology,** | : | |
| **Cap One,** | : | |
| **Citi Cards,** | : | |
| **Conemaugh Emerg Phys Group,** | : | |
| **Conemaugh Memorial Medical,** | : | |
| **First Commonwealth Bank,** | : | |
| **First Credit Resources, Inc.,** | : | |
| **KML Law Group, P.C.,** | : | |
| **Quality Asset Recovery,** | : | |
| **Stoneleigh Recovery Associates, LLC,** | : | |
| **Syncb/Lowes,** | : | |
| **Syncb/Sams Club,** | : | |
| **Toyota Motor Credit Company,** | : | |
| **USDA Rural Development,** | : | |
|               Respondents | : | |
|         and | : | |
| | : | |
| **Ronda J, Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|               Additional Respondent | : | |

**ORDER**

      **AND NOW** on this __9th__ day of __January__, 2020, upon consideration of the

*Motion to Reconsider Order Dismissal of Case*, filed by the Debtors, and upon good cause shown, it is

hereby ordered and directed that the Order, dated January 6, 2020 at docket number 59, Ordering the Case

to be Dismissed is VACATED.

**FUTHERMORE**, the Conciliation Conference scheduled for January 16, 2020 at 11:00 AM will be held.

BY THE COURT:

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

FILED
1/9/20 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 17-70210-JAD
Ralph H. Deal                                                           Chapter 13
Kathy J. Deal
        Debtors                            CERTIFICATE OF NOTICE
District/off: 0315-7           User: culy                  Page 1 of 2                  Date Rcvd: Jan 09, 2020
                               Form ID: pdf900             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db/jdb         +Ralph H. Deal,    Kathy J. Deal,    2925 Somerset Pike,    Johnstown, PA 15905-7000
cr              Rural Housing Customer Service Center Usda,    P O Box 66879,    St. Louis, MO  63166-6879
14382765       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14382766       +Cambria Somerset Radiology,    239 Main Street,    Suite 400,    Johnstown, PA 15901-1640
14382771       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14382772       +Conemaugh Emerg Phys Group,    P.O. Box 644553,    Pittsburgh, PA 15264-4553
14382773       +Conemaugh Memorial Medical Center,    Attn: Patient Accounting,    1086 Franklin Street,
                 Johnstown, PA 15905-4305
14382774       +DLP, Conemaugh Phys Group,    1086 Franklin Street,    Johnstown, PA 15905-4305
14382776       +First Credit Resources, Inc.,    1466 Frankstown Road,    Johnstown, PA 15902-1315
14382777       +KML Law Group, P.C.,    Attn: Thomas I. Puleo, Esquire,    701 Market Street - Suite 5000,
                 Philadelphia, PA 19106-1541
14382778       +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
14382779       +Stoneleigh Recovery Associaites, LLC,    P.O. Box 1479,    Lombard, IL 60148-8479
14382782       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14924160        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14409362       +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
14645780        USDA Rural Housing Service,    Customer Service Center,    P O BOX 66879,
                 St. Louis, MO 63166-6879
14382783       +Usda Rural Development,    4300 Goodfellow Blvd,    Saint Louis, MO 63120-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14382764       +E-mail/Text: legal@arsnational.com Jan 10 2020 03:04:14     ARS National Services, Inc.,
                 P.O. Box 463023,    Escondido, CA 92046-3023
14382767        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 03:26:17      Cap One,
                 Po Box 85520,    Richmond, VA 23285
14382768       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 03:25:29      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14382769       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 03:25:29      Cap1/Bstby,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14382770       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 03:26:17
                 Capital One Bank, N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14648497       +E-mail/Text: bnc@bass-associates.com Jan 10 2020 03:04:07     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
14673226       +E-mail/Text: bankruptcy@cavps.com Jan 10 2020 03:04:35     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14382775       +E-mail/Text: bankruptcynotice@fcbanking.com Jan 10 2020 03:04:10      First Commonwealth Ban,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14644097        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 03:24:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14384275       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 03:26:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14382780       +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 03:24:34     Syncb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
14382781       +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 03:25:29     Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: culy              Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: pdf900        Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Ralph H. Deal thedebterasers@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```