## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES



FILED
2020 JAN 24 AM 11:56
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | RALPH H. & KATHY J. DEAL |
| Case Number: | 17-70210-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 16, 2020 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#56 - Trustee's Certificate of Default to Dismiss
[Dismissal vacated however No POP nor amended plan are filed]
R / M #:  56 / 0

### *Appearances:*

Debtor: Seitz
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __2-5-20__.
   Objections are due on or before __2-21-20__.
   A hearing on the Amended Plan is set for __3-12-20__ at __2:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for amended plan.

1/15/2020  11:36:25AM