Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ralph H. Deal
Kathy J. Deal**
Debtor(s)

Bankruptcy Case No.: 17−70210−JAD
Related to Doc. #81
Chapter: 13
Docket No.: 82 − 81

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 25th of May, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/27/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **7/6/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/27/22.**


                                       Jeffery A. Deller
                                       United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70210-JAD |
| Ralph H. Deal | Chapter 13 |
| Kathy J. Deal | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: 408 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph H. Deal, Kathy J. Deal, 2925 Somerset Pike, Johnstown, PA 15905-7000 |
| 14382766 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14382772 | + | Conemaugh Emerg Phys Group, P.O. Box 644553, Pittsburgh, PA 15264-4553 |
| 14382773 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14382774 | + | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14382776 | + | First Credit Resources, Inc., 1466 Frankstown Road, Johnstown, PA 15902-1315 |
| 14382777 | + | KML Law Group, P.C., Attn: Thomas I. Puleo, Esquire, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 14382778 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14382779 | + | Stoneleigh Recovery Assocaites, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sm.rd.so.bkr@usda.gov | May 25 2022 23:57:00 | Rural Housing Customer Service Center Usda, P O Box 66879, St. Louis, MO 63166-6879 |
| 14382764 | + | Email/Text: legal@arsnational.com | May 25 2022 23:57:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14382765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:27 | Bby/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14382767 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:42 | Cap One, Po Box 85520, Richmond, VA 23285 |
| 14382768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:32 | Cap1/Boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14382769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:31 | Cap1/Bstby, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14382770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:42 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14648497 | + | Email/Text: bnc@bass-associates.com | May 25 2022 23:57:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14673226 | + | Email/Text: bankruptcy@cavps.com | May 25 2022 23:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14382771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:26 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14382775 | + | Email/Text: psnyder@fcbanking.com | May 25 2022 23:57:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14644097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14384275 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:45 | PRA Receivables Management, LLC, PO Box |

Case 17-70210-JAD   Doc 83   Filed 05/27/22   Entered 05/28/22 00:28:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 408 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14382780 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:20 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14382781 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:41 | Syncb/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14382782 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14409362 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Motor Credit Corporation, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14924160 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 00:01:24 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14645780 | | Email/Text: sm.rd.so.bkr@usda.gov | May 25 2022 23:57:00 | USDA Rural Housing Service, Customer Service Center, P O BOX 66879, St. Louis, MO 63166-6879 |
| 14382783 | + | Email/Text: sm.rd.so.bkr@usda.gov | May 25 2022 23:57:00 | Usda Rural Development, 4300 Goodfellow Blvd, Saint Louis, MO 63120-1719 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

**Name**               **Email Address**
Brian Nicholas
                       on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Kenneth P. Seitz
                       on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com

Kenneth P. Seitz
                       on behalf of Debtor Ralph H. Deal thedebterasers@aol.com

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: May 25, 2022 | Form ID: 408 | Total Noticed: 29

cmecf@chapter13trusteewdpa.com

TOTAL: 5