IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**MODIFIED**

**DEFAULT O/E JAD**

IN RE:
RALPH H. DEAL
KATHY J. DEAL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-70210 JAD

Chapter 13

Document No.: 81

FILED
6/29/22 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this  29th  day of  June , 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by   7/20/2022   or sanctions may be imposed.

BY THE COURT 

jsf

U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70210-JAD
Ralph H. Deal     Chapter 13
Kathy J. Deal
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Jun 29, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph H. Deal, Kathy J. Deal, 2925 Somerset Pike, Johnstown, PA 15905-7000 |
| 14382766 | + | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901-1640 |
| 14382772 | + | Conemaugh Emerg Phys Group, P.O. Box 644553, Pittsburgh, PA 15264-4553 |
| 14382773 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14382774 | + | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14382776 | + | First Credit Resources, Inc., 1466 Frankstown Road, Johnstown, PA 15902-1315 |
| 14382777 | + | KML Law Group, P.C., Attn: Thomas I. Puleo, Esquire, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 14382778 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14382779 | + | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: sm.rd.so.bkr@usda.gov | Jun 29 2022 23:47:00 | Rural Housing Customer Service Center Usda, P O Box 66879, St. Louis, MO 63166-6879 |
| 14382764 | + | Email/Text: legal@arsnational.com | Jun 29 2022 23:47:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14382765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 23:59:22 | Bby/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14382767 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:18 | Cap One, Po Box 85520, Richmond, VA 23285 |
| 14382768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:27 | Cap1/Boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14382769 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Cap1/Bstby, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14382770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:13 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14648497 | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14673226 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14382771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 23:59:22 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14382775 | + | Email/Text: psnyder@fcbanking.com | Jun 29 2022 23:47:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14644097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 23:59:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14384275 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 23:59:28 | PRA Receivables Management, LLC, PO Box |

Case 17-70210-JAD    Doc 86    Filed 07/01/22    Entered 07/02/22 00:26:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14382780 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:19 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14382781 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:28 | Syncb/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14382782 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 29 2022 23:47:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 14409362 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 23:47:00 | Toyota Motor Credit Corporation, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14924160 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 23:59:29 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14645780 | | Email/Text: sm.rd.so.bkr@usda.gov | Jun 29 2022 23:47:00 | USDA Rural Housing Service, Customer Service Center, P O BOX 66879, St. Louis, MO 63166-6879 |
| 14382783 | + | Email/Text: sm.rd.so.bkr@usda.gov | Jun 29 2022 23:47:00 | Usda Rural Development, 4300 Goodfellow Blvd, Saint Louis, MO 63120-1719 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Ralph H. Deal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 29

cmecf@chapter13trusteewdpa.com

TOTAL: 5