# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-70210-JAD |
| Ralph H. Deal and | : | |
| Kathy J. Deal, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| Ralph H. Deal and | : | |
| Kathy J. Deal, | : | Related to Docket No. 88 |
| Movants | : | |
| | : | Hearing Date & Time: August 17, 2022 |
| vs. | : | 11:00 AM |
| | : | |
| ARS National Services, Inc., | : | |
| Bby/Cbna, | : | |
| Cambria Somerset Radiology, | : | |
| Cap One, | : | |
| Citi Cards, | : | |
| Conemaugh Emerg Phys Group, | : | **DEFAULT O/E JAD** |
| Conemaugh Memorial Medical, | : | |
| First Commonwealth Bank, | : | |
| First Credit Resources, Inc., | : | |
| KML Law Group, P.C., | : | |
| Quality Asset Recovery, | : | |
| Stoneleigh Recovery Associates, LLC, | : | |
| Syncb/Lowes, | : | |
| Syncb/Sams Club, | : | |
| Toyota Motor Credit Company, | : | |
| USDA Rural Development, | : | |
| Respondents | : | |
| and | : | |
| | : | |
| Ronda J, Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## ORDER

AND NOW this __11th__ day of __August__, 2022, it is the ORDER of this Court that the Joint-Debtor is excused from completing the Financial Management Course Certificate and Joint-Debtor's Certification of Discharge Eligibility directly due to her passing.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
8/11/22 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70210-JAD |
| Ralph H. Deal | Chapter 13 |
| Kathy J. Deal | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ralph H. Deal, Kathy J. Deal, 2925 Somerset Pike, Johnstown, PA 15905-7000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kathy J. Deal thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Ralph H. Deal thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                             User: auto                                    Page 2 of 2
Date Rcvd: Aug 11, 2022                          Form ID: pdf900                               Total Noticed: 1
TOTAL: 5